UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20603-CR-LENARD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**SAMUEL OSBORNE,**

    Defendant.
_____/

### ORDER CONCURRING WITH THE RECOMMENDATION OF THE U.S. PROBATION OFFICER AND MODIFYING THE CONDITIONS OF RELEASE

This matter arose upon the Violation Memorandum submitted by the U.S. Probation Officer who is supervising the pre-trial release of defendant Samuel Osborne. An initial memorandum was submitted on August 6, 2008, and a corrected memorandum was submitted on August 7, 2008. Since both memoranda contain errors with respect to the status of this case, and since both erroneously reflect the closed Magistrate Court case number rather than the above case number, a separate Order is entered to concur with the recommendation rather than the entry of an endorsement on the Violation Memorandum. This matter is referred to the undersigned Magistrate Judge, who set the conditions of release and signed the release bond, under the standard procedures of this Court.

A calendar call in the above case is set for August 27, 2008, and this case is set for trial during the two-week calendar which begins on September 2, 2008.

The Violation Memorandum is based upon drug testing which was positive for the presence of cocaine on July 16, 23 and 30, 2008. Defendant admitted the use of cocaine with respect to the July 16th test result, and agreed to be admitted to a residential drug

treatment program due to his need for more intense treatment than could be provided on an outpatient basis.  On August 6, 2008, Defendant was admitted to Spectrum Programs 90-day residential program.

The probation officer's supervisor has advised the undersigned Magistrate Judge that the residential treatment program will not interfere with required court appearances for Defendant Osborne.  Therefore, it is hereby

**ORDERED AND ADJUDGED** that the undersigned concurs with the recommendation of the U.S. Probation Officer that the conditions of release be modified to specifically include residential drug treatment.

**DONE AND ORDERED** in chambers in Miami, Florida, on August 12, 2008.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
        United States District Judge
All counsel of record via CM/ECF